UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA PORCUNA,<br>　　　　Plaintiff,<br>　　v.<br>CRAZY MAPLE STUDIO, INC.,<br>　　　　Defendant. | Case No. 25-cv-02428-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 25 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: November 24, 2025

_____
WILLIAM H. ORRICK
United States District Judge